RONALD BEEK, PLAINTIFF-RESPONDENT, v. OHIO CASUALTY INSURANCE COMPANY, DEFENDANT-APPELLANT.

Argued March 7, 1977—Decided May 13, 1977.

*Mr. Thomas M. Guiney* argued the cause for appellant (*Messrs. DeYoe, Guiney and Raziano,* attorneys).

*Mr. Elwyn Saviet* argued the cause for respondent (*Messrs. Gelman and Gelman,* attorneys).

PER CURIAM.　　　We affirm essentially ·for the reasons expressed by Judge Bischoff, 135 *N. J. Super.* 1 (App. Div. 1975). The principle expressed in *Motor Club of America Ins. Co. v. Phillips,* 66 *N. J.* 277 (1974) is equally applicable to the factual situation here. We see no reason to differentiate between the plaintiff's use of a non-owned or owned vehicle insofar as recovery is warranted under the uninsured motorist endorsement in a separate policy on another vehicle owned by the plaintiff.

*For affirmance*—Chief Justice HUGHES, Justices MOUNTAIN, SULLIVAN, PASHMAN, CLIFFORD and SCHREIBER, and Judge CONFORD—7.

*For reversal*—None.